AO 440 (Rev 1/90) Summons in a Civil A

**ORIGINAL**

# United States District Court

_Southern_ DISTRICT OF _Texas_

BURLINGTON INSURANCE COMPANY

V.

JUAN VEGA, ET AL.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: H-98-031

United States District Court
Southern District of Texas
FILED

MAR 18 1998

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

Commercial Indemnity Insurance Company
By Serving
John W. Schuler
3901 S. Lamar, Suite 350
Austin, Texas  78704

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk             3-5-98

CLERK                                 DATE

_[signature]_

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-10-98 @ 8:45 am |
| NAME OF SERVER (PRINT) Brad Ericson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1507 S IH 35

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John W. Schuler

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-10-98
_____
Signature of Server

105 E Riverside #120 Austin TX
Address of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville Texas 78520
Tel (210) 546-1313

ORIGINAL

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.