AO 440 (Rev 1/90) Summons in a Civil Action

**ORIGINAL**

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BURLINGTON INSURANCE COMPANY

V.

JUAN VEGA, ET AL

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

B-98-031

United States District Court
Southern District of Texas
FILED

MAR 1 9 1998

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

Juan Vega
42 South 35th St.
McAllen, Texas

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Keith N. Uhles, Royston, Rayzor, Vickery & Williams
55 Cove Circle, Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

3-5-98

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3-11-98   10:10 Am |
|---|---|
| NAME OF SERVER (PRINT) Louis Todaro | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Corner of 2nd & Nolana, Circle K, McAllen, TX 78501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-11-98         [signature] Todaro
           Date              Signature of Server

Address of Server

PCP PROFESSIONAL CIVIL PROCESS
7417 N. TENTH ST.
McALLEN, TX 78504
(210) 630-4223

SUBSCRIBED AND SWORN TO ME ON THE 11 DAY OF MAR 98

NOTARY PUBLIC

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

ORIGINAL

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.