**ORIGINAL**

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BURLINGTON INSURANCE COMPANY<br><br>V.<br><br>JUAN VEGA, ET AL | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER:<br><br>B-98-031 |

TO: (Name and Address of Defendant)

Vega Roofing Co.
Ramon Vega
42 South 35th Street
McAllen, Texas

United States District Court
Southern District of Texas
FILED

MAR 30 1998

Michael N. Milby, Clerk of Court

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) Keith N. Uhles, Royston,Rayzor,Vickery&Williams, 55 Cove Circle, Brownsville, Texas  78521

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

3-5-98

DATE

(signature)

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-19-98 8:20 am |
| NAME OF SERVER (PRINT) Louis Todaro | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Arnold Vega (son)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-19-98
Date

Signature of Server

Address of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THIS __ __ 98
NOTARY PUBLIC

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL