IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BURLINGTON INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | |
| VS. | § § | C.A. NO.: B-98-031 |
| JUAN VEGA, INDIVIDUALLY; VEGA ROOFING CO.; McALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY, | § § § § § | |
| Defendants | § | |

## JOINT AND AGREED MOTION TO ABATE MISD'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Burlington Insurance Company ("Burlington"), the Plaintiff herein, and McAllen Independent School District ("MISD"), one of the Defendants, and file this their Joint and Agreed Motion to Abate MISD's Motion to Dismiss for Failure to State a Claim under Rule 12(b) of the Federal Rules of Civil Procedure.

I.

On or about April 13, 1998, MISD filed its Original Answer and Motion to Dismiss.

II.

Burlington and MISD have agreed, and therefore, jointly request that this Court abate MISD's Motion to Dismiss until such time as MISD requests that it be heard.

43099:192835.WP:050198

III.

After MISD requests the Motion to be heard, Burlington will be given twenty (20) days time in which to file a response to MISD's Motion to Dismiss.

IV.

WHEREFORE, Burlington and MISD pray that this Court grant their Joint and Agreed Motion to Abate MISD's Motion to Dismiss.

Respectfully submitted,

By: _____
Keith N. Uhles
Texas State Bar No. 20371100
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telefax: (956) 542-4370


Robert H. Etnyre, Jr.
Texas State Bar No. 06695000
Royston, Rayzor, Vickery & Williams, L.L.P.

2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913
Telephone: (713) 224-8380
Telefax:    (713) 225-9945

Attorneys for Plaintiff,
Burlington Insurance Company

By: _____
J. Timothy Brightman
Texas State Bar No. 02972600
Charles J. Crawford
Texas State Bar No. 05018900
Abernathy, Roeder, Robertson, Boyd &
  Joplin, P.C.
101 E. Davis Street
P.O. Box 1210
McKinney, Texas 75069-1210
Telephone: (972) 542-2611
Telefax: (972) 562-0202

Attorneys for Defendants,
McAllen Independent School District

\*     Signed by permission

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 1998, the above document was served on Counsel of Record.

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.