# TELEPHONIC CONFERENCE MINUTES

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 20 1998
Michael N. Milby, Clerk

Fidencio G. Garza, Jr., U.S. Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:   Paul Hajjar

Date    :    May 20, 1998, 2 pm

===========================================================

**C.A. NO.**   B98 031 (FBV)

-----------------------------------------------------------

| | | |
|---|---|---|
| BURLINGTON INSURANCE COMPANY | * | Keith N Uhles |
| VS | * | |
| JUAN VEGA, Individually | * | Ernest Elizada |
| VEGA ROOFING CO. | * | " |
| McALLEN INDEPENDENT SCHOOL DISTRICT | * | G Stewart Whitehead |
| and COMMERCIAL INDEMNITY INSURANCE CO. | * | " |

-----------------------------------------------------------

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

The parties notified the Court that the underlying lawsuit was tried and the verdict was for Defendants. MISD has filed an appeal. Should the appeal be unsuccessful, the present declaratory judgment will become moot.

At this time, there is no need for a scheduling order.

The parties will file an agreed motion for stay pending the appellate decision, Mr. Uhles will prepare the agreed order and circulate it for all the parties' signature.