United States District Court
Southern District of Texas
FILED

SEP 30 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BURLINGTON INSURANCE COMPANY § | |
| § | |
| VS. § | |
| § | |
| JUAN VEGA, INDIVIDUALLY; § | |
| VEGA ROOFING CO.; § | C.A. NO. B-98-031 |
| McALLEN INDEPENDENT SCHOOL § | |
| DISTRICT AND § | |
| COMMERCIAL INDEMNITY § | |
| INSURANCE COMPANY § | |

## AGREED MOTION TO STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BURLINGTON INSURANCE COMPANY ("BURLINGTON)", Plaintiff herein and McALLEN INDEPENDENT SCHOOL DISTRICT ("MISD"), COMMERCIAL INDEMNITY INSURANCE COMPANY ("COMMERCIAL"), JUAN VEGA, Individually ("VEGA"), and VEGA ROOFING COMPANY ("VEGA ROOFING"), Defendants and files this their Agreed Motion to Stay the federal court action pending the outcome of Defendant, MISD's appeal and would respect- fully show the Court as follows:

I.

On or about May 23, 1995, Vega Roofing and Vega filed a lawsuit in the 139th Judicial District Court of Hidalgo County, Texas under Cause No. C-2516-95-C and styled *Vega Roofing Company and Juan Vega vs. McAllen Independent School District and Jose Barreto, Individually* (hereinafter sometimes referred to as "the underlying lawsuit"). In response to the underlying lawsuit, Defendant MISD filed a counter-claim against Vega and Vega Roofing.

On March 5, 1998, Plaintiff Burlington filed its Complaint for Declaratory Relief with this Court. The underlying lawsuit was tried on March 23, 1998 and a jury verdict was rendered on April 2, 1998 in favor of Vega Roofing and Commercial.

Defendant MISD is appealing said verdict to the Thirteenth Court of Appeals. Accordingly, all parties currently before this Court now request that this Court issue a stay of the federal court action pending the decision of the Thirteenth Court of Appeals. In this regard, the decision of the Thirteenth Court of Appeals may moot the issues currently pending before this Court and accordingly, the parties wish to minimize expenses, costs and judicial resources.

**WHEREFORE, PREMISES CONSIDERED,** Burlington, MISD, Commercial, Vega and Vega Roofing hereby request that this Court issue a stay in this proceeding until such time as the Thirteenth Court of Appeals renders a decision in the underlying lawsuit, and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

_____
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone: (956) 542-4377
Telefax:   (956) 542-4370

```
                              Robert H. Etnyre, Jr.
                              State Bar No. 06695000
                              Federal ID No. 2830
                              2200 Chase Tower
                              600 Travis Street
                              Houston, Texas   77002-2913
                              Telephone: (713) 224-8380
                              Telefax:   (713) 225-9945
                              Attorneys for Plaintiff,
                              BURLINGTON INSURANCE COMPANY
```

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

```
                              ABERNATHY, ROEDER, ROBERTSON, BOYD
                                & JOPLIN, P.C.
                              101 East Davis Street (P.O. Box 1210)
                              McKinney, TX 75069-1210
                              Telephone: (972) 542-2661
                              Telefax:   (972) 562-0202

                              BY: /s/ J. Timothy Brightman by permission
                                  J. Timothy Brightman
                                  State Bar of Texas No. 02972600
                                  Federal ID No. 12495
                                  Attorney for Defendant,
                                  McALLEN INDEPENDENT SCHOOL
                                    DISTRICT

                              WILLETTE, GUERRA & TREVINO, L.L.P.
                              Fountain View Office Building
                              801 Nolana Loop, Suite 320-A
                              McAllen, TX  78504
                              Telephone: (956) 686-2266
                              Telefax:   (956) 686-5913

                              BY: /s/ Ernest Aliseda by permission
                                  Ernest Aliseda
                                  State Bar of Texas No. 00783535
                                  Federal ID No. 15225
                                  Attorneys for Defendants,
                                  JUAN VEGA and VEGA ROOFING COMPANY
```

```
WINSTEAD SECHREST & MINICK, P.C.
100 Congress Avenue, Suite 800
Austin, Texas  78701-4042
Telephone: (512) 474-4330
Telefax:   (512) 370-2850


BY: _Robert C. Bass, Jr. by permis._
    Robert C. Bass, Jr.
    State Bar of Texas No. 01889300
    Federal ID No. 19729
    G. Stewart Whitehead
    State Bar of Texas No. 00789725
    Federal ID No. 18179
    Attorneys for Defendant,
    COMMERCIAL INDEMNITY INSURANCE CO.
```

        Robert H. Etnyre, Jr.
        State Bar No. 06695000
        Federal ID No. 2830
        2200 Chase Tower
        600 Travis Street
        Houston, Texas  77002-2913
        Telephone: (713) 224-8380
        Telefax:   (713) 225-9945
        Attorneys for Plaintiff,
        BURLINGTON INSURANCE COMPANY

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

        ABERNATHY, ROEDER, ROBERTSON, BOYD
         & JOPLIN, P.C.
        101 East Davis Street (P.O. Box 1210)
        McKinney, TX 75069-1210
        Telephone: (972) 542-2661
        Telefax:   (972) 562-0202

        BY: _____
           J. Timothy Brightman
           State Bar of Texas No. 02972600
           Federal ID No. 12495
           Attorney for Defendant,
           McALLEN INDEPENDENT SCHOOL
           DISTRICT

        WILLETTE, GUERRA & TREVINO, L.L.P.
        Fountain View Office Building
        801 Nolana Loop, Suite 320-A
        McAllen, TX  78504
        Telephone: (956) 686-2266
        Telefax:   (956) 686-5913

        BY: _____
           Ernest Aliseda
           State Bar of Texas No. 00783535
           Federal ID No. 15225
           Attorneys for Defendants,
           JUAN VEGA and VEGA ROOFING COMPANY

```
                              Robert H. Etnyre, Jr.
                              State Bar No. 06695000
                              Federal ID No. 2830
                              2200 Chase Tower
                              600 Travis Street
                              Houston, Texas  77002-2913
                              Telephone: (713) 224-8380
                              Telefax:   (713) 225-9945
                              Attorneys for Plaintiff,
                              BURLINGTON INSURANCE COMPANY
```

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

```
                              ABERNATHY, ROEDER, ROBERTSON, BOYD
                                & JOPLIN, P.C.
                              101 East Davis Street (P.O. Box 1210)
                              McKinney, TX 75069-1210
                              Telephone: (972) 542-2661
                              Telefax:   (972) 562-0202

                              BY: _____
                                  J. Timothy Brightman
                                  State Bar of Texas No. 02972600
                                  Federal ID No. 12495
                                  Attorney for Defendant,
                                  McALLEN INDEPENDENT SCHOOL
                                    DISTRICT

                              WILLETTE, GUERRA & TREVINO, L.L.P.
                              Fountain View Office Building
                              801 Nolana Loop, Suite 320-A
                              McAllen, TX  78504
                              Telephone: (956) 686-2266
                              Telefax:   (956) 686-5913

                              BY: _____
                                  Ernest Aliseda
                                  State Bar of Texas No. 00783535
                                  Federal ID No. 15225
                                  Attorneys for Defendants,
                                  JUAN VEGA and VEGA ROOFING COMPANY
```

WINSTEAD SECHREST & MINICK, P.C.
100 Congress Avenue, Suite 800
Austin, Texas 78701-4042
Telephone: (512) 474-4330
Telefax: (512) 370-2850

BY: _____
Robert C. Bass, Jr.
State Bar of Texas No. 01889300
Federal ID No. 19729
G. Stewart Whitehead
State Bar of Texas No. 00789725
Federal ID No. 18179
Attorneys for Defendant,
COMMERCIAL INDEMNITY INSURANCE CO.