lmv

12

United States District Court
Southern District of Texas
ENTERED

OCT 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BURLINGTON INSURANCE CO.        *
                                *
    VS                          *   C.A. B98 031
                                *
JUAN VEGA, ET AL                *

## O R D E R

Before this Court is McALLEN INDEPENDENT SCHOOL DISTRICT's Motion to Dismiss. In light of the granting the Motion to Abate and to Stay, this Motion to Dismiss is **denied without prejudice** at this time.

DONE at Brownsville, Texas, this 19th day of October, 1998.

_____
John Wm. Black
United States Magistrate Judge

)

SIGNED this 19TH day of ~~May~~ OCT, 1998, in Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

43099:192841.WP:050198                    -2-