13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BURLINGTON INSURANCE § | |
| COMPANY, § | |
|     Plaintiff § | |
| § | |
| VS. § | |
| § | C.A. NO.: B-98-031 |
| JUAN VEGA, INDIVIDUALLY; VEGA § | |
| ROOFING CO.; McALLEN § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| AND COMMERCIAL INDEMNITY § | |
| INSURANCE COMPANY, § | |
|     Defendants § | |

## ORDER GRANTING
## JOINT AND AGREED MOTION TO ABATE MISD'S MOTION TO DISMISS

On this 19th day of OCT, 1998, came to be heard Burlington Insurance Company's ("Burlington") and McAllen Independent School District's ("MISD") Joint and Agreed Motion to Abate MISD's Motion to Dismiss for Failure to State a Claim under Rule 12(b) of the Federal Rules of Civil Procedure, and this Court having considered the Motion, and argument of counsel, if any, hereby

GRANTS the motion; therefore, in light of the fact that Burlington and MISD have agreed, this Court shall abate MISD's Motion to Dismiss until such time as MISD requests that it be heard. Furthermore, after MISD requests the Motion to be heard, Burlington will be given twenty (20) days time in which to file a response to MISD's Motion to Dismiss.

43099:192841.WP:050198

-2-

SIGNED this 19TH day of ~~May~~ OCT, 1998, in Brownsville, Texas.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

43099:192841.WP:050198                               -2-