14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BURLINGTON INSURANCE COMPANY, | § § § § | |
| VS. | § § | C.A. NO. <u>B-98-031</u> |
| JUAN VEGA, INDIVIDUALLY; VEGA ROOFING CO.; McALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY | § § § § § | |

## AGREED ORDER GRANTING MOTION TO STAY

On this day came to be considered the parties' Agreed Motion to Stay. The Court, having considered all pleadings on file, finds that said Motion should be granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the above-entitled and numbered cause be and is hereby stayed until such time as the Thirteenth Court of Appeals renders a decision in Cause No. C-2516-95-C, *Vega Roofing Company and Juan Vega vs. McAllen Independent School District and Jose Barreto, Individually.*

DONE AND ENTERED this 19th day of OCT, 1998.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

1