15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BURLINGTON INSURANCE COMPANY, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | C.A. No.: B-98-031 |
| JUAN VEGA, INDIVIDUALLY; VEGA ROOFING CO.; MCALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff BURLINGTON INSURANCE COMPANY and Defendants JUAN VEGA, INDIVIDUALLY, VEGA ROOFING CO., MCALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY file this stipulation of dismissal under *Federal Rules of Civil Procedure* 41(a)(1)(ii).

1. BURLING INSURANCE COMPANY is Plaintiff.

2. JUAN VEGA, INDIVIDUALLY, VEGA ROOFING CO., MCALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY are Defendants.

3. On March 5, 1998, Plaintiff sued Defendants.

4. Plaintiff moves to dismiss this suit.

5. Defendants, who have answered, agree to the dismissal.

6. This action is not a class action, and a receiver has not been appointed.

7. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

8. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

9. This dismissal is with prejudice.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY &
  WILLIAMS, L.L.P.

_____

Keith N. Uhles, State Bar No. 20371100
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956)542-4377
Telefax: (956)542-4370

ATTORNEY FOR BURLINGTON INSURANCE COMPANY

CANTERBURY, STUBER, ELDER, GOOCH & SURRATT

_____

David Surratt, State Bar No. 19519200
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
Telephone: (972) 239-7493
Telefax: (972) 490-7739

ATTORNEY FOR MCALLEN INDEPENDENT SCHOOL DISTRICT

6.  This action is not a class action, and a receiver has not been appointed.

7.  This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

8.  Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

9.  This dismissal is with prejudice.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.

_____
Keith N. Uhles, State Bar No. 20371100
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956)542-4377
Telefax: (956)542-4370

ATTORNEY FOR BURLINGTON INSURANCE
COMPANY

CANTERBURY, STUBER, ELDER, GOOCH &
SURRATT

_____
David Surratt, State Bar No. 19519200
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
Telephone: (972) 239-7493
Telefax: (972) 490-7739

ATTORNEY FOR MCALLEN INDEPENDENT
SCHOOL DISTRICT

Villeda & Aliseda
~~WILLETTE, GUERRA & TREVINO, L.L.P.~~

_[signature]_

Ernest Aliseda, State Bar No. 00783535
~~Fountain View Office Building~~
~~801 Nolana Loop, Suite 330-A~~ 5414 N. 10th Street
McAllen, Texas 78504
Telephone: (956) ~~686-2266~~ 631-9100
Telefax: (956) ~~686-5913~~ 631-9146

ATTORNEYS FOR JUAN VEGA and VEGA ROOFING COMPANY


WINSTEAD SECHREST & MINICK, P.C.



Robert C. Bass, Jr., State Bar No. 01889300
G. Stewart Whitehead, State Bar No. 00789725
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone: (512) 474-4330
Telefax: (512) 370-2850

ATTORNEY FOR COMMERCIAL INDEMNITY INSURANCE COMPANY

WILLETTE, GUERRA & TREVINO, L.L.P.

---

Ernest Aliseda, State Bar No. 00783535
Fountain View Office Building
801 Nolana Loop, Suite 320-A
McAllen, Texas 78504
Telephone: (956)686-2266
Telefax: (956)686-5913

ATTORNEYS FOR JUAN VEGA and VEGA ROOFING COMPANY

WINSTEAD SECHREST & MINICK, P.C.

*[signature]*

---

Robert C. Bass, Jr., State Bar No. 01889300
G. Stewart Whitehead, State Bar No. 00789725
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone: (512)474-4330
Telefax: (512)370-2850

ATTORNEY FOR COMMERCIAL INDEMNITY INSURANCE COMPANY