/6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## JUN 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BURLINGTON INSURANCE COMPANY, | § § § |
| Plaintiff | § § |
| vs. | § § |
| JUAN VEGA, INDIVIDUALLY; VEGA ROOFING CO.; MCALLEN INDEPENDENT SCHOOL DISTRICT, AND COMMERCIAL INDEMNITY INSURANCE COMPANY, | § § § § § § § |
| Defendants. | § § |

C.A. No.: B-98-031

## ORDER ON STIPULATION OF DISMISSAL

ON _June 1ᵏᵗʰ_, 2001, the Court considered _____ Stipulation of Dismissal. After considering the Stipulation, the Court

GRANTS the Stipulation and dismisses the case with prejudice.

SIGNED on this _14ᵗʰ_ day of _June_, 2001.

_____
U.S. DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.

Keith N. Uhles, State Bar No. 20371100
55 Cove Circle
P.O. Box 3509
Brownsville, Texas  78523-3509
Telephone:  (956)542-4377
Telefax:  (956)542-4370

ATTORNEY FOR BURLINGTON INSURANCE
COMPANY

CANTERBURY, STUBER, ELDER,
  GOOCH & SURRATT

David Surratt, State Bar No. 19519200
5005 LBJ Freeway, Suite 1000
Dallas, Texas  75244
Telephone:  (972) 239-7493
Telefax:  (972) 490-7739
ATTORNEY FOR MCALLEN INDEPENDENT
SCHOOL DISTRICT

Case 1:98-cv-00031   Document 16   Filed in TXSD on 06/14/2001   Page 3 of 5

APPROVED AND ENTRY REQUESTED:


ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.


_____
Keith N. Uhles, State Bar No. 20371100
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956)542-4377
Telefax: (956)542-4370

ATTORNEY FOR BURLINGTON INSURANCE
COMPANY


CANTERBURY, STUBER, ELDER,
  GOOCH & SURRATT


_____
David Surratt, State Bar No. 19519200
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
Telephone: (972) 239-7493
Telefax: (972) 490-7739
ATTORNEY FOR MCALLEN INDEPENDENT
SCHOOL DISTRICT

Case 1:98-cv-00031   Document 16   Filed in TXSD on 06/14/2001   Page 4 of 5

IHH-24-2001 THU 12:05 PM WILLP~E & GUERRH LLP        FHA NU.     ++           P. 15
03/24/01   11:16 FAX                CANTERBURY STUBER                         @0012/00:

VILLEDA & ALISEDA
~~WILLETTE, GUERRA & TREVINO~~, L.L.P.

Ernest Allseda, State Bar No. 00783535
Fountain View Office Building
~~801 Nolana Loop, Suite 220-A~~ 544 N. 10⁺ʰ St.
McAllen, Texas 78504
Telephone: (956)~~686-2266~~ 631-9100
Telefax: (956)~~686-5913~~ 631-9146

**ATTORNEYS FOR JUAN VEGA and VEGA
ROOFING COMPANY**

**WINSTEAD SECHREST & MINICK, P.C.**

Robert C. Bass, Jr., State Bar No. 01889300
G. Stewart Whitehead, State Bar No. 00789725
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone: (512)474-4330
Telefax: (512)370-2850

**ATTORNEY FOR COMMERCIAL INDEMNITY
INSURANCE COMPANY**

JAWTJHOLLIMCALLEMBURLINGTON-order

Case 1:98-cv-00031   Document 16   Filed in TXSD on 06/14/2001   Page 5 of 5

# WILLETTE, GUERRA & TREVINO, L.L.P.

Ernest Aliseda, State Bar No. 00783535
Fountain View Office Building
801 Nolana Loop, Suite 320-A
McAllen, Texas 78504
Telephone: (956)686-2266
Telefax: (956)686-5913

ATTORNEYS FOR JUAN VEGA and VEGA
ROOFING COMPANY

WINSTEAD SECHREST & MINICK, P.C.

Robert C. Bass, Jr., State Bar No. 01889300
G. Stewart Whitehead, State Bar No. 00789725
100 Congress Avenue, Suite 800
Austin, Texas 78701
Telephone: (512)474-4330
Telefax: (512)370-2850

ATTORNEY FOR COMMERCIAL INDEMNITY
INSURANCE COMPANY

J:\WP\HOLLI\MCALLEN\BURLINGTON-order